UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Janice K. Harris

**Debtor(s)**

Case No.: 05−39667

Chapter:  7

# FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

Randy W Williams is discharged as trustee of the estate of the above−named debtor and the bond is cancelled;

The chapter 7 case of the above−named debtor is closed.

Signed and Entered on Docket: 12/17/05

MARVIN ISGUR
United States Bankruptcy Judge